```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 07 B 00086
    SHEILA MARIE MCFADDEN
                                                 CHAPTER 13

                                                 JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-0495


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 01/03/2007 and was not confirmed.

     The case was dismissed without confirmation 03/22/2007.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
-----------------------------------------------------------------------------
ALVIN & DORIS PICKENS      SECURED            1400.00           .00           .00
COOK COUNTY STATES ATTY    UNSECURED         NOT FILED          .00           .00
SETON ACADEMY              UNSECURED         NOT FILED          .00           .00
BANK FINANCIAL             UNSECURED         NOT FILED          .00           .00
COMMONWEALTH EDISON        UNSECURED         NOT FILED          .00           .00
SEVENTH AVE                UNSECURED         NOT FILED          .00           .00
AMERICREDIT                UNSECURED         NOT FILED          .00           .00
AT & T BANKRUPCTY          UNSECURED         NOT FILED          .00           .00
AT & T BANKRUPCTY          UNSECURED         NOT FILED          .00           .00
COMCAST                    UNSECURED         NOT FILED          .00           .00
NORTHWESTERN INS BROKERS   UNSECURED         NOT FILED          .00           .00
MATTESON IMPORTS           UNSECURED         NOT FILED          .00           .00
MATTESON IMPORTS           SECURED             290.00           .00           .00
TRIBUNE EMCU               UNSECURED         NOT FILED          .00           .00
MASON SHOES                UNSECURED         NOT FILED          .00           .00
CALUMET CITY PUBLIC LIBR   UNSECURED         NOT FILED          .00           .00
CORTRUST BANK              UNSECURED            631.84          .00           .00
FACTS MANAGEMENT COMPANY   SECURED             4625.00          .00           .00
CREDIT ONE BANK            UNSECURED         NOT FILED          .00           .00
HOLLYWOOD VIDEO            UNSECURED         NOT FILED          .00           .00
AMERICREDIT FINANCIAL SE   SECURED VEHIC    11864.49            .00           .00
ILLINOIS STATES ATTORNEY   SECURED             600.00           .00           .00
CREDIT COLLECTION SERVIC   UNSECURED         NOT FILED          .00           .00
CHECK SYSTEMS              UNSECURED         NOT FILED          .00           .00
ALVIN & DORIS PICKENS      UNSECURED           1326.00          .00           .00
PRO SE DEBTOR              DEBTOR ATTY           .00                          .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00

          Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                      .00
```

PAGE 1 - CONTINUED ON NEXT PAGE
CASE NO. 07 B 00086  SHEILA MARIE MCFADDEN

```
PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                             .00
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                                  .00
DEBTOR REFUND                                                         .00
                                   ---------------    ---------------
TOTALS                                         .00                    .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 12/13/07                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```